USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/28/2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| **TYRONE H. MASSEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **1:20-cv-8828 (ALC)** |
| -against- | : | |
| | : | **ORDER** |
| **IOSIF SHPITS, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Upon (i) Plaintiff's Letter Motion for a Temporary Restraining Order and Preliminary Injunction, ECF No. 17, it is hereby **ORDERED** that Defendant's motion for Temporary Restraining Order is **DENIED.**

It is **FURTHER ORDERED** that:

1. The above-named Defendants show cause before this Court, on **March 9, 2021** at **10:00 a.m.** by telephonic conference ((888) 363-4749, access code: 3768660), why a preliminary injunction should not issue.

2. Defendants may file a written response to Plaintiff's letter motion by **February 23, 2021** at **10:00 a.m.** Such a response should be served by mail upon Plaintiff and proof of service filed, contemporaneous with the response being filed with the Court.

3. Service by ECF of Plaintiff's letter motion and this Order on Defendants shall be deemed good and sufficient service thereof.

4. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

**Dated:  January 28, 2021**
 **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**