USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/1/2021_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| **TYRONE H. MASSEY,** | : |
| | : |
| Plaintiff, | : |
| | :    **1:20-cv-8828 (ALC)** |
| -against- | : |
| | :    **ORDER** |
| **IOSIF SHPITS, ET AL.,** | : |
| | : |
| Defendants. | : |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

A telephonic preliminary injunction hearing is currently scheduled for March 9, 2021 at 10:00 a.m. **The hearing is hereby ADJOURNED until March 16, 2021 at 10:00 a.m.** Defendant City of New York should contact Plaintiff directly before jointly contacting the Court at (888) 363-4749, access code: 3768660 on the date and time specified above. If for any reason Plaintiff is not available on the specified date and time, Defendant City of New York is directed to let the Court know as soon as practicable.

Defendant City of New York is hereby ORDERED to serve this order on Plaintiff by first class mail and file proof of service by March 3, 2021.

**SO ORDERED.**

**Dated:** **March 1, 2021**
       **New York, New York**                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**