USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __03/19/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

   TYRONE H. MASSEY,

                           **Plaintiff,**

                                           1:20-cv-8828 (ALC)

             -against-

                                           **ORDER**

   IOSIF SHPITS, ET AL.,

                       **Defendants.**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

A telephonic preliminary injunction hearing was scheduled for March 16, 2021 at 10:00 a.m. Plaintiff was not produced and did not appear at the hearing.

**The preliminary injunction hearing is hereby rescheduled to April 6, 2021 at 10:00 a.m.** Defendant City of New York should contact Plaintiff directly before jointly contacting the Court at (888) 363-4749, access code: 3768660 on the date and time specified above.

Defendant City of New York is hereby ORDERED to serve this order on Plaintiff by first class mail and file proof of service by March 24, 2021.

**SO ORDERED.**

**Dated:  March 19, 2021**
         **New York, New York**                       **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**