```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 04/05/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| **TYRONE H. MASSEY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | **1:20-cv-8828 (ALC)** |
| -against- | : | |
| | : | **ORDER** |
| **IOSIF SHPITS, ET AL.,** | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

In light of Plaintiff's letter dated March 7, 2021, ECF No. 26, the preliminary injunction hearing scheduled for April 6, 2021 at 10:00 a.m. is adjourned *sine die*.

The preliminary injunction requested in this letter is substantially similar to the one previously requested by letter dated January 21, 2021. ECF No. 17. Both preliminary injunctions are **DENIED** as moot and/or as without merit.

Mr. Massey has also informed the Court that he is undergoing a court-ordered 730 evaluation. Accordingly, it is hereby **ORDERED** that this case is **STAYED** pending further developments on Mr. Massey's 730 evaluation. Defendants are hereby **ORDERED** to monitor developments on Mr. Massey's 730 evaluation to the extent possible and to submit a status report within 30 days.

The Court is also in receipt of Defendants' pre-motion conference letter dated January 25, 2021. ECF No. 16. Defendants' request for pre-motion conference is **DENIED** without prejudice to refile once the stay is lifted.

Defendant City of New York is hereby **ORDERED** to serve this order on Plaintiff by first class mail and file proof of service by April 9, 2021.

The Clerk of Court is directed to terminate ECF No. 16.

**SO ORDERED.**

**Dated:   April 5, 2021**
    **New York, New York**

*/s/ Andrew L. Carter*
_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**