USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___06/09/2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
   **TYRONE H. MASSEY,**                         :

                       **Plaintiff,**    :

                                  :    **1:20-cv-8828 (ALC)**

          **-against-**    :

                                  :    **ORDER**

   **IOSIF SHPITS, ET AL.,**                        :

                     **Defendants.**   :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Mr. Massey's letter dated May 21, 2021, ECF No. 35, and Defendants' status report dated June 4, 2021, ECF No. 36.

       Mr. Massey has informed the Court that his paperwork was destroyed due to a fire incident and has requested that the Court produce all paperwork and documents regarding all his cases in the Southern District of New York, including the instant case. Records Management is hereby directed to send Mr. Massey all documents filed to date in this case, free of charge. The documents should be sent to the following address:

> **Tyrone H. Massey**
> **8952000522**
> **West Facility**
> **16-06 Hazen Street**
> **East Elmhurst, NY 11370**

       Mr. Massey has also requested that the Court assist him in obtaining pro bono counsel to prosecute his case. Plaintiff's request is hereby **DENIED** without prejudice.

       Defendants have informed the Court that Plaintiff's court-ordered 730 evaluation has been completed and that Plaintiff has been found fit to stand trial. Accordingly, it is hereby **ORDERED** that the stay on the instant case is lifted. Defendants are directed to resubmit their pre-motion conference letter previously filed, serve it on Mr. Massey by first class mail and file proof of service by no later than June 14, 2021. Mr. Massey is hereby **ORDERED** to respond to Defendants' pre-motion conference letter by no later than June 30, 2021.

       Defendant City of New York is hereby **ORDERED** to serve this order on Plaintiff by

first class mail and file proof of service by June 14, 2021.

**SO ORDERED.**

**Dated: June 9, 2021**
       **New York, New York**                   **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**